UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11346-RWZ

GERARD SPAGNUOLO

v.

FRAMINGHAM CONSERVATION COMMISSION
and
TOWN OF FRAMINGHAM

ORDER
October 5, 2011

ZOBEL, D.J.

Plaintiff Gerard Spagnuolo and defendant the Framingham Conservation Commission ("Commission") are engaged in an ongoing dispute concerning alleged wetlands violations on plaintiff's land. This is the second case in this court and it follows the same pattern as the first (Civil Action 10-10637-RWZ). Defendants issue enforcement orders; plaintiff appeals to a state court pursuant to Mass. Gen. Laws ch. 249 and defendants remove the case to this court based on references in the complaint to "federal and state due process rights." Plaintiff again seeks a remand to the Land Court, this time accompanied by a motion for sanctions (Docket ##8 and 7, respectively).

The difficulty is that plaintiff in each complaint does invoke the 5th Amendment to the United States Constitution and he alleges that town officials "entered private property without any owner's permission." Nonetheless, in the order of remand in the

earlier case, I interpreted the 5th Amendment reference as a legal defense against enforcement of the Commission's order and adhere to this interpretation as to this substantially identical complaint.  Moreover, the relief sought then and now is invalidation of the enforcement order and an injunction against defendants' exercising jurisdiction over plaintiff's property under the Local Wetlands By-law.  Plaintiff's other claims against the Commission or the Town are encompassed by the statutory requests above.  Accordingly, the motion to remand this case to the Land Court is ALLOWED.

Plaintiff's motion for sanctions under Fed. R. Civ. P. 11 is DENIED in light of the ambiguity, albeit slight, in the complaint.

Judgment may be entered remanding this case to the Massachusetts Land Court.


    October 5, 2011                           /s/Rya W. Zobel
         DATE                                   RYA W. ZOBEL
                                                  UNITED STATES DISTRICT JUDGE